IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVID LAVELLE HANDY,**
 Plaintiff,

vs.              3:07cv373/RV/MD

**OKALOOSA COUNTY DEPARTMENT
OF CORRECTIONS,**
 Defendant.
_____

### O R D E R

 Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 3, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

 Accordingly, it is now ORDERED as follows:

 1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

 2. This case is dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with an order of the court.

 At Pensacola, Florida, this 4th day of February, 2008.

            /s/ *Roger Vinson*
            **ROGER VINSON**
            **SENIOR UNITED STATES DISTRICT JUDGE**